UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCED COUNTY, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:15-cv-0147---BAM<br><br>**ORDER GRANTING MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br>(Doc. 2).<br><br>**ORDER DIRECTING PLAINTIFF TO RETURN CONSENT FORMS** |

　　　　Plaintiff is proceeding pro se and has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

　　　　Plaintiff is advised that the Court is required to screen complaints of pro se litigants pursuant to Title 28 of the United States Code section 1915. The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief. 28 U.S.C. § 1915(e). As a result, summonses will not issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.

　　　　Plaintiff is further advised that the Eastern District of California has, by far, the highest weighted caseload per judge in the entire country and there are presently a large number of cases awaiting preliminary screening. The Court screens complaints in the order in which they are filed and

strives to avoid delays whenever possible. However, due to the vast caseload of the Court, and the Court's diligent handling of each individual case, rulings and decisions often take time despite the Court's best efforts. Accordingly, Plaintiff's case will be screened in due course and appropriate orders will issue whenever possible.

Finally, the Clerk of the Court is directed to mail a "Consent to Magistrate Jurisdiction Form" to Plaintiff. Plaintiff shall complete the form and advise the Court whether or not he will consent to Magistrate Judge jurisdiction no later than February 19, 2015.

Failure to complete the form may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **February 3, 2015**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2