UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE E. FORTE,

        Plaintiff,

  v.

MERCED COUNTY, ERIC DUMARS, MERCED COUNTY PUBLIC DEFENDERS OFFICE, JERRY O'BANION, MERCED COUNTY BOARD OF SUPERVISORS, CHRIS JASKOWIAK, CHRIS PICINICH, MIKE HILL, ADAM LEUCHNER, HERMAN PROCK, GEOFFREY ROGERS, DAVID SCOTT, JAMES PADRON, ANTHONY PARKER, LARRY MORSE, ALAN TURNER, MERCED COUNTY DISTRICT ATTORNEY'S OFFICE, MERCED COUNTY COUNSEL'S OFFICE, JAMES FINCHER, ROGER MATZKIND, MERCED COUNTY ADMINISTRATION OFFICE, MERCED COUNTY DEFENSE ASSOCATION, CINDY MORSE, THOMAS PFEIFF, DAVE CAPRON, JEFF BERGER, DR. RICHARD A. BLAK, THOMAS CAVALERRO, CITY OF LOS BANOS, STEVE RATH, GARY BRIZZEE, CONNIE McGHEE, CENTRAL SAN JOAQUIN VALLEY RISK MANAGEMENT AUTHORITY, RAYMA CHURCH, RYAN LIBKE, JAMES WEAKLEY, BRANDE GUSTAFSON, LOUIS LEONE, CLAUDIA LEED, GREGARY DE LA PENA, STEVEN ROYCRAFT, BENJAMIN RATCLIFF, WILLIAM LAPCEVICH, HYATT SUMMERFIELD SUITES, ANA VILLA, PLEASANTON POLICE DEPARTMENT, JERRY NICELEY, MARDENE LASHLEY, OFFICER MARTENS, TOMMY JONES, GREGORY CHAPPEL, BARBARA O'NEILL, FRANK DOUGHERTY, JAMES CADLE, MERCED SUPERIOR COURT, LARRY COMBS, KEN WILDERSON, JOE SOUSA, MANUAL FARIA, MICHAEL

CASE NO. 1:15-cv-0147 -----BAM

**ORDER DENYING LEAVE TO FILE ELECTRONICALLY WITHOUT PREJUDICE**

1

VILLALTA,

        Defendants.

_____

      Plaintiff Eugene Forte ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, 1985, 1986 and 1988 and various state law related claims. On February 12, 2015, Plaintiff filed a request to file documents electronically in the Court's CM/ECF system.

      Contemporaneously filed with this order, the Court has screened Plaintiff's complaint and finds that the complaint fails to state a cognizable claim. The complaint has been dismissed with leave to amend. Until such time as Plaintiff files an amended complaint and that complaint is found to state a cognizable claim pursuant to screening standards, Plaintiff will be denied electronic filing status. Accordingly, the request to file electronically is DENIED without prejudice.

IT IS SO ORDERED.

    Dated:   **June 18, 2015**                /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE