UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE E. FORTE,**<br><br>       **Plaintiff**<br><br>   v.<br><br>**COUNTY OF MERCED, et al.,**<br><br>       **Defendants.** | **CASE NO. 1:15-CV-0147  KJM BAM**<br><br>**NOTICE OF FORWARDING OF COURTESY COPY OF OBJECTIONS TO NEWLY ASSIGNED DISTRICT COURT JUDGE KIMBERLY MUELLER**<br><br>**Doc. # 8** |

   This action was filed by plaintiff Eugene Forte ("Plaintiff") on January 28, 2015. Plaintiff's motion to proceed *in forma pauperis* was granted on February 3, 2015, by Magistrate Judge McAuliffe.  The District Court Judge remained unassigned until July 10, 2015, at which time the case was assigned to District Court Judge Kimberly Mueller.  This court is currently in receipt of objections, Doc. # 8, filed by Plaintiff to orders filed by the Magistrate Judge on June 18, 2015, denying permission to file electronically and dismissing the complaint with leave to amend.  Doc. #'s 6 and 7, respectively.  This is to notify Plaintiff that his courtesy copy of objections to the Magistrate Judge's orders, originally sent to Judge Ishii, will be forwarded to Judge Mueller and that all future courtesy copies of filings in this case should be directed to her.

IT IS SO ORDERED.

Dated:   July 10, 2015                                    _____
                                                                            SENIOR  DISTRICT  JUDGE