UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE, | CASE NO. 1:15-cv-0147 KJM-BAM |
| Plaintiff, | **ORDER ADMONISHING PLAINTIFF TO CEASE EMAIL COMMUNICATION ATTEMPTS** |
| v. | |
| MERCED COUNTY, *et al.*, | |
| Defendants. | |

It has come to the Court's attention that Plaintiff Eugene Forte has been emailing chambers seeking legal advice in connection with this matter. Plaintiff asks the Court to calculate the due date of his First Amended Complaint. Computing any time period in federal court is governed by Federal Rules of Civil Procedure and therefore not a proper inquiry for the Court. Fed. R. Civ. P. 6(a). Plaintiff is informed that that Court cannot provide legal advice or act as advocate for any litigant. *See Rao v. AmerisourceBergen Corp.*, No. CIV S-08-1527 DAD PS, 2011 U.S. Dist. LEXIS 41371, 2011 WL 1464378, at *1 (E.D. Cal. Apr. 15, 2011). Further, *ex parte* communications, including requests for legal advice, are not permitted. Plaintiff is ordered to cease and desist any contact with the Court and Court staff unless it is in the context of a lawfully brought motion, filed pursuant to law and procedure, and made publicly viewable on the docket. Failure to abide by this Order will result in sanctions, including the possibility of dismissal of the pending case.

IT IS SO ORDERED.

Dated: **July 17, 2015**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1